IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEREEK HAYES,<br>    Plaintiff,<br><br>v.<br><br>REINHART FOOD SERVICE, LLC,<br><br>    Defendant. | CIVIL ACTION<br>NO. 16-2264 |

## ORDER

**AND NOW**, this 28th day of February, 2017, upon review of Defendants' Motion to Dismiss Or, Alternatively, Motion to Compel Arbitration, Plaintiff's response, and Defendants' reply, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;
2. The claims contained in Plaintiff's Complaint shall be sent to arbitration; and
3. This matter shall be **DISMISSED**.

                  BY THE COURT:


                  **/s/ Jeffrey L. Schmehl**
                  **Jeffrey L. Schmehl, J.**